UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RODERICK FINNMARK HADLEY,

    Petitioner,

v.                                                       CASE NO. 6:09-cv-998-Orl-19DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____

## ORDER

Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 13, filed July 26, 2010) is **DENIED** as moot. This Court previously denied Petitioner a certificate of appealability on February 26, 2010 (Doc. No. 8).

**DONE AND ORDERED** in Orlando, Florida, this  29th   day of July, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/29

---

[1] Petitioner's Notice of Appeal (Doc. No. 12, filed July 26, 2010) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

Roderick Finnmark Hadley
Counsel of Record

Roderick Finnmark Hadley
Counsel of Record